JEAN H. ZARRELLO, Respondent, v CARL A. ZARRELLO, Appellant.— Order, Supreme Court, New York County, entered July 13, 1978, awarding plaintiff temporary alimony of $100 per week, unanimously affirmed, without costs or disbursements. Our affirmance should not be construed as any indication of our view as regards the amount of, or, indeed, the wife's entitlement to, permanent alimony, or even as to a motion for modification of temporary alimony due to substantial changed circumstances. The issue of permanent alimony should be fully explored at trial and determined in accordance with the statutory criteria (Domestic Relations Law, § 236). We remain of the view that a trial at the earliest possible date provides the forum most appropriate to a resolution of this type of dispute. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL ALEXANDER, Appellant.—Judgment, Supreme Court, New York County, rendered on December 4, 1975, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Silverman, Evans, Fein and Markewich, JJ.

In the Matter of TERESA McCARROLL, Appellant, v BOARD OF TRUSTEES OF THE FIRE DEPARTMENT PENSION FUND, ARTICLE 1-B, et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about March 21, 1978, unanimously affirmed for reasons stated by Bloom, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Silverman, Evans, Fein and Markewich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX CASTRO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 30, 1975, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Lupiano, Lane, Sandler and Sullivan, JJ.